**Order entered November 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01421-CV

### STEFNANDI E. DRAKE, Appellant

### V.

### RAKHEE P. SHARMA, PAWAN R. SHARMA, 7-ELEVEN INC., TEXAS LOTTERY COMMISSION, GARY GRIEF, AND MAVIS L. WANCZYK, MULTI-STATE LOTTERY ASSOCIATION, Appellees

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-19-05212-C

## ORDER

Before the Court is appellant's November 19, 2019 motion to proceed in forma pauperis. We note appellant is a vexatious litigant subject to a prefiling order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.101(a). A vexatious litigant subject to a prefiling order may not file, pro se, new litigation without seeking the permission of the appropriate local administrative judge. *See id.* § 11.102(a). "Litigation" for purposes of the vexatious litigant statute is defined as "a civil action commenced, maintained, or pending in any state of federal court." *See id.* § 11.001(2).

Appellant is not represented by counsel, and he filed his notice of appeal without an order from the appropriate local administrative judge permitting the appeal. Accordingly, we take no

action on appellant's motion and **STAY** the appeal. *See id.* § 11.1035. We **ORDER** appellant to file, no later than December 5, 2019, an order from the appropriate local administrative judge permitting the appeal. *See id.* We caution appellant that failure to comply will result in dismissal of the appeal without further notice. *See id.*

We **DIRECT** the Clerk of the Court to send a copy of this order to Dallas County Clerk John Warren; Janet E. Wright, Official Court Reporter for County Court at Law No. 3; and, the parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE